**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISYN SHLANK, | ) Case No. 2:23-cv-02291 CBM (PVCx) |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **STIPULATION TO DISMISS** |
| vs. | ) **ENTIRE ACTION WITH** |
| | ) **PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| | ) Judge:  Hon. Consuelo B. Marshall |
| Defendant. | ) |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:23-cv-02291 CBM (PVCx), is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  <u>August 11, 2023</u>

<u>Hon. Consuelo B. Marshall</u>
United States District Court Judge

Case No.  2:23-cv-02291 CBM (PVCx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE

180652.1